

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| DIANA RUIZ ESPARZA, | § | No. 08-22-00094-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| THE UNIVERSITY OF TEXAS AT EL PASO, | § | of El Paso County, Texas |
| | § | (TC# 2013DCV4283) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF MAY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.).
Marion, C.J. (Ret.), sitting by assignment